443 A.2d 396

Commonwealth v. Washington, Appellant.

Petition for Allowance of Appeal Denied June 30, 1982.

Argued December 1, 1980.  Mark E. Kogan, for appellant;  Andrew B. Cohn, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.

443 A.2d 396

Commonwealth v. Wible, Appellant.

Submitted March 6, 1980.  Jay H. Gingrich, for appellant;  John F. Nelson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WATKINS and MONTGOM-ERY, JJ.

Order of lower court affirmed.